**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00482-CV

**PEGASUS SCHOOL OF LIBERAL ARTS & SCIENCES, Appellant**

**V.**

**KIMBERLY BALL-LOWDER, Appellee**

**On Appeal from the**
**County, Texas**
**Trial Court Cause No.**

## ORDER

We **GRANT** appellant's May 30, 2013 unopposed motion for an extension of time to file its brief. We **ORDER** the brief tendered to this Court by appellant on May 29, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE